1  **WILEY REIN LLP**
    Duane C. Pozza (Cal. Bar No. 225933)
2     dpozza@wiley.law
   Stephen J. Obermeier (*pro hac vice* forthcoming)
3     sobermeier@wiley.law
   2050 M Street NW
4  Washington, DC 20036
   Telephone: (202) 719-7000
5  Fax: (202) 719-7049

6  *Counsel for Movants Stonington Strategies*
   *LLC and Nicolas D. Muzin*
7

8              **UNITED STATES DISTRICT COURT**
9           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
                        **WESTERN DIVISION**
10

11 | In Re: Motion to Compel Compliance with Subpoena Directed to Nonparty Delon Cheng | Case No. _____ |
12 | Underlying Matter | [DISCOVERY MATTER] |
13 | BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY, | **MOVANTS' NOTICE OF MOTION TO COMPEL SUBPOENA RESPONSES** |
   |              Plaintiffs, | |
   |       v. | |
   | NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC, | Judge: [TBD]<br>Date: [TBD]<br>Time: [TBD]<br>Place: [TBD] |
   |              Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at a date, time, and courtroom to be determined by the Court, Movants Nicolas D. Muzin and Stonington Strategies, LLC (collectively, "Stonington" or "Movants") move this Court for an order requiring Delon Cheng ("Cheng" or "Respondent") to comply with a subpoena for documents served on February 4, 2022, and for an order either holding Respondent in contempt or requiring him to show cause as to why he should not be held in contempt for failure to comply with the subpoena.

This Motion is based on this Notice of Motion, the accompanying Motion to Compel Subpoena Responses and Memorandum in Support, and Declaration of Duane C. Pozza.

Dated: April 1, 2022

Respectfully Submitted,

/s/ Duane C. Pozza
Duane C. Pozza (Cal. Bar No. 225933)
dpozza@wiley.law
Stephen J. Obermeier (*pro hac vice* forthcoming)
sobermeier@wiley.law
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Counsel for Movants Stonington Strategies LLC and Nicolas D. Muzin*