**WILEY REIN LLP**
 Duane C. Pozza (Cal. Bar No. 225933)
   dpozza@wiley.law
Stephen J. Obermeier (*pro hac vice* forthcoming)
   sobermeier@wiley.law
2050 M Street NW
Washington, DC 20036
Telephone: (202) 719-7000
Fax: (202) 719-7049

*Counsel for Movants Stonington Strategies LLC and Nicolas D. Muzin*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In Re: Motion to Compel Compliance with Subpoena Directed to Nonparty Delon Cheng<br><br>Underlying Matter<br><br>BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY,<br><br>Plaintiffs,<br><br>v.<br><br>NICOLAS D. MUZIN, JOSEPH ALLAHAM, GREGORY HOWARD, and STONINGTON STRATEGIES LLC,<br><br>Defendants. | Case No. _____<br><br>[DISCOVERY MATTER]<br><br>**DECLARATION OF DUANE C. POZZA IN SUPPORT OF MOVANTS' MOTION TO COMPEL SUBPOENA RESPONSES** |

Declaration of Duane C. Pozza in Support of Movants' Motion to Compel Subpoena Responses

I, Duane C. Pozza, hereby declare and state as follows:

1. I am an attorney licensed to practice in this Court and a partner with the law firm Wiley Rein LLP, representing Movants Nicolas D. Muzin and Stonington Strategies, LLC (collectively "Stonington" or "Movants") in the above-captioned matter. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. I respectfully submit this declaration in support of Movants' Motion to Compel Subpoena Responses and Memorandum of Points and Authorities in Support.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the First Amended Complaint filed in the United States District Court for the District of Columbia, *Broidy Capital Management, LLC et al. v. Nicolas D. Muzin et al.*, Case No. 1:19-cv-00150-DLF (D.D.C. Apr. 2, 2019), ECF No. 18-2.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' Rule 26(a)(1) Initial Disclosures served on August 6, 2018, in the case of *Broidy Capital Management, LLC et al. v. State of Qatar et al.*, Case No. 2:18-cv-02421-JFW (C.D. Cal.).

5. Attached hereto as **Exhibit 3** is a true and correct copy of Stonington's subpoena to Delon Cheng, issued on January 14, 2022.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Affidavit of Service for Stonington's subpoena to Delon Cheng, who was personally served on February 4, 2022.

I declare under penalty of perjury that the forgoing is true and correct.

Declaration of Duane C. Pozza in Support of Movants' Motion to Compel Subpoena Responses

- 1 -

Dated: April 1, 2022

*/s/ Duane C. Pozza*
Duane C. Pozza
WILEY REIN LLP

*Counsel for Movants Stonington Strategies LLC and Nicolas D. Muzin*